# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BARON,<br><br>    Plaintiff,<br><br>    v.<br><br>GALACTIC CO., LLC, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00957-BAK (SAB)<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS GALACTIC CO., LLC; VIRGIN GALACTIC, LLC, TO RESPOND TO COMPLAINT<br><br>(ECF No. 8) |

On August 20, 2022, the parties filed a stipulated request to extend the deadline for Defendants Galactic Co., LLC and Virgin Galactic, LLC to respond to the complaint, from August 29, 2022 to September 8, 2022. (ECF No. 8.) The parties proffer the extension is required to provide Defendants time to procure and retain counsel and then respond to the complaint. The Court finds good cause exists to grant the extension. However, the parties are reminded that requests for extensions that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension. If such a request is made after a deadline, as here, the party seeking the nunc pro tunc extension must show additional good cause as to why the matter was filed late.[1]

///

---

[1] The Court notes the parties' stipulation appears to have been executed on August 29, the original filing deadline. Nonetheless, the stipulation was not electronically filed with the Court until August 30.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants Galactic Co., LLC and Virgin Galactic, LLC to file a response to the complaint is extended to **September 8, 2022**.

IT IS SO ORDERED.

Dated:  **August 30, 2022**

UNITED STATES MAGISTRATE JUDGE

2