UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BARON., <br><br> Plaintiff, <br><br> v. <br><br> GALACTIC CO., LLC, and VIRGIN GALACTIC, LLC, <br><br> Defendants. | Case No. 1:22-cv-00957-CDB <br><br> **ORDER REGARDING MOTIONS IN LIMINE** <br><br> Motions filed: December 15, 2023 <br> Responses filed: December 28, 2023 <br><br> Motion hearing: January 4, 2024 - 10:30am |

This case is scheduled for a pretrial conference on December 13, 2023, with trial commencing on January 8, 2024.

Prior to filing any pretrial motions in limine, the parties' counsel SHALL meet and confer in an effort to reach agreement on and otherwise narrow disputed evidentiary issues. Motions in limine SHALL be directed to pretrial rulings only as to evidentiary issues of genuinely material import, keeping in mind that routine evidentiary issues can be resolved with a conference among the Court and counsel during the course of trial. If this Court perceives that the parties have filed motions in limine without meaningfully meeting and conferring, this Court may strike the motions in limine.

The parties, after meaningful meet and confer efforts, SHALL file and serve any genuinely disputed motions in limine no later than December 15, 2023. All motions by each party SHALL

1  be consolidated in a single document and referred to by motion number.  Any response to motions
2  in limine shall be filed no later than December 28, 2023.  The Court will conduct a hearing on the
3  motions in limine on January 4, 2024, at 10:30 AM, unless the Court decides the motions are
4  suitable for disposition without oral argument, in which case the hearing may be vacated.  Moving
5  and opposition papers must be brief, succinct, and well-organized.

6  IT IS SO ORDERED.

7  Dated:   **April 13, 2023**          _____
8                                       UNITED STATES MAGISTRATE JUDGE