1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   ADAM BARON, | Case No. 1:22-cv-00957-CDB |
| 12                  Plaintiff, | **ORDER ON STIPULATION STAYING ACTION AND ALL DATES PENDING COMPLETION OF SETTLEMENT CONFERENCE** |
| 13   v. | |
| 14   GALACTIC CO., LLC, et al. | **ORDER REQUIRING PARTIES TO FILE A JOINT REPORT** |
| 15                  Defendants. | |
| 16 | (Doc. 26) |
| 17 | |

18

19   On July 29, 2022, Plaintiff filed a Complaint for damages, penalties, and injunctive relief
20 against Defendants. (Doc. 1). The operative scheduling order setting case management dates was
21 entered November 14, 2022. (Doc. 20).

22   On May 11, 2023, following discussion and agreement among the parties during a
23 scheduling conference in a related action, *Mondoux v. Galactic Enterprises, LLC*, Case No. 1:23-
24 cv-00217-CDB (*Mondoux*), the parties agreed to and were ordered to file a joint report identifying
25 dates of mutual availability for a global settlement conference for this case, the *Mondoux* matter
26 and another related case, *Knittle v. Galactic Enterprises, LLC*, Case No. 1:23-cv-00301-CDB
27 (*Knittle*). (Doc. 24).

28   On May 22, 2023, the Court referred this case, as well as the *Mondoux* and *Knittle* matters

to magistrate judge Carolyn K. Delaney for a global settlement conference. (Doc. 25).  The global settlement conference currently is set for July 25, 2023.  (Doc. 27).

  Pending before the Court is the parties' stipulation requesting to stay the case pending completion of the settlement conference in the interests of conserving party resources and to promote judicial economy.  (Doc. 26).  Based on the parties' representations in the stipulation and for good cause shown therein, IT IS HEREBY ORDERED that:

1. All case management dates and matters related thereto (Doc. 20) unrelated to the July 25, 2023 settlement conference are STAYED.

2. Unless the case settles during the settlement conference, the parties SHALL FILE a joint report by no later than **August 1, 2023**.  If the parties agree a further settlement conference within 30 days is appropriate, they may make such request in the joint report.

3. If the parties do not request a further settlement conference within 30 days, the parties shall include in their joint report proposed dates for the remainder of discovery, pretrial motions and trial.

IT IS SO ORDERED.

Dated:  **May 26, 2023**

UNITED STATES MAGISTRATE JUDGE