1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. CARRERA,<br><br>  Plaintiff,<br><br>  v.<br><br>GALACTIC CO., LLC, *et al.*<br><br>  Defendants. | Case No. 1:24-cv-00246-CDB<br><br>ORDER ON STIPULATION CONSOLIDATING CASES PURSUANT TO RULE 42(a)<br><br>(Doc. 18) |
| ADAM BARON,<br><br>  Plaintiff,<br><br>  v.<br><br>GALACTIC ENTERPRISES, LLC, *et al*.<br><br>  Defendants. | Case No. 1:22-cv-00957-CDB<br><br>Member Cases: 1:23-cv-00217-CDB<br>                         1:23-cv-00301-CDB<br><br>ORDER CONSOLIDATING CASES PURSUANT TO RULE 42(a) |
| JOHN MOURKOS,<br><br>  Plaintiff,<br><br>  v.<br><br>GALACTIC ENTERPRISES, LLC,<br><br>  Defendant. | Case No. 1:23-cv-01067-CDB<br><br>ORDER CONSOLIDATING CASES PURSUANT TO RULE 42(a) |

On February 27, 2024, Plaintiff Christopher A. Carrera ("Plaintiff") initiated this action with the filing of a complaint against Defendants Galactic Co., LLC, and Virgin Galactic, LLC ("Defendants"). (Doc. 1). Plaintiff brings claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq*. for termination and retaliation based on religion and failure to provide religious accommodation. Plaintiff also raises state law claims under California's Fair Employment and Housing Act (FEHA) (Cal. Gov't. Code §12900 *et seq*) for discrimination and retaliation based on religious creed, failure to provide religious accommodation, as well as common law tort. *Id*.

Pending before the Court is the parties' stipulation regarding consolidation. (Doc. 18). The parties are in agreement that this case should be consolidated with *Mourkos v. Galactic Enterprises, LLC*, No. 1:23-cv-01067-CDB, and the previously consolidated action of *Baron v. Galactic Enterprises, LLC, et al.*, No. 1:23-cv-00957-CDB.[1]

When multiple actions pending before a court involve common questions of law or fact, the court may order a joint hearing or trial of any or all matters at issue in the actions; consolidate the actions; and/or issue any other orders to avoid unnecessary cost or delay. Fed. R. Civ. P. 42(a). The court has "broad discretion" to determine whether and to what extent consolidation is appropriate. *See Garity v. APWU Nat'l Labor Org.*, 828 F.3d 848, 855-56 (9th Cir. 2016) (*citing Inv'rs Research Co. v. U.S. Dist. Ct. for the Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989)). "Typically, consolidation is a favored procedure." *Blount v. Boston Scientific Corp.*, No. 1:19-cv-00578-AWI-SAB, 2019 WL 3943872, *2 (E.D. Cal. Aug. 21, 2019) (*citing In re Oreck Corp. Halo Vacuum & Air Purifiers Mktg. & Sales Practices Litig.*, 282 F.R.D. 486, 491 (C.D. Cal. 2012)). In deciding whether to consolidate actions, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984); *Single Chip Sys. Corp. v. Intermec IP Corp.*, 495 F. Supp.2d 1052, 1057 (S.D. Cal. 2007).

Here, the Court finds there are significant and substantial common issues of fact and law

---

[1] On December 1, 2023, this Court consolidated *Baron* with *Mondoux v. Galactic Enterprises, LLC.*, No. 1:23-cv-00217-CDB, and *Upton-Knittle v. Galactic Enterprises, LLC*, No. 1:23-cv-00301-CDB.

that warrant consolidation under Rule 42(a).  Further, the Court agrees with the parties that the benefit of consolidation would reduce the burden on judicial resources, the parties, and the witnesses, eliminate the risk of inconsistent adjudications, avoid prejudice, and allow for the orderly and expeditious resolution of both cases to consolidate the actions into one proceeding.

Accordingly, IT IS HEREBY ORDERED:

1. The actions denominated as *Carrera*, No. 1:24-cv-00246-CDB, *Mourkos*, No. 1:23-cv-01067-CDB, and *Baron*, No. 1:22-cv-00957-CDB (including its member cases - *Mondoux*, No. 1:23-cv-00217-CDB, and *Upton-Knittle*, No. 1:23-cv-00301-CDB) are CONSOLIDATED under Rule 42(a) for all purposes;

2. The "Lead Case" under which all filings for the consolidated actions shall be made is *Baron*, No. 1:22-cv-00957-CDB; and

3. The Court will issue a consolidated scheduling order following the Clerk of the Court's consolidation of the actions.

IT IS SO ORDERED.

Dated:  __**August 1, 2024**__          _____
UNITED STATES MAGISTRATE JUDGE