UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BARON,<br><br>   Plaintiff,<br><br> v.<br><br>GALACTIC ENTERPRISES, LLC, *et al.*,<br><br>   Defendants. | Case No. 1:22-cv-00957-CDB<br><br>**ORDER AMENDING CASE MANAGEMENT DATES**<br><br>(Doc. 42) |
| CHRISTOPHER A. CARRERA,<br><br>   Plaintiff,<br><br> v.<br><br>GALACTIC CO., LLC, *et al.*,<br><br>   Defendants. | Case No. 1:24-cv-00246-CDB |
| JOHN MOURKOS,<br><br>   Plaintiff,<br><br> v.<br><br>GALACTIC ENTERPRISES, LLC,<br><br>   Defendant. | Case No. 1:23-cv-01067-CDB |

| | | |
|---|---|---|
| 1 | RICHARD MONDOUX, | Case No. 1:23-cv-00217-CDB |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | GALACTIC ENTERPRISES, LLC, | |
| 5 | Defendant. | |
| 6 | | |
| 7 | JONATHON UPTON KNITTLE, | Case No. 1:23-cv-00301-CDB |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | GALACTIC ENTERPRISES, LLC, | |
| 11 | Defendant. | |

On August 1, 2024, the Court issued an order consolidating the above captioned cases pursuant to Rule 42(a).  (Doc. 47).  In light of the order consolidating cases and the representations made by the parties in their joint scheduling report and during the July 30, 2024, scheduling conference in *Carrera v. Galactic Co., LLC, et al.*, No. 1:24-cv-00246-CDB (Docs. 13-14), the case management dates applicable to the consolidated actions are amended as follows:

| Case Management Deadline | Amended Dates |
|---|---|
| Rule 26 Disclosures | August 30, 2024 |
| Amended Pleadings | August 30, 2024 |
| Expert Disclosures | February 28, 2025 |
| Rebuttal Expert Disclosures | April 7, 2025 |
| Fact Discovery | January 30, 2025 |
| Expert Discovery | May 31, 2025 |
| Mid-Discovery Status Conference | December 19, 2024, at 10:00 a.m., in Bakersfield Federal Courthouse 510 19th Street, Bakersfield, CA 93301 |

| Dispositive/Non-dispositive Motion Filing | May 30, 2025 |
|---|---|
| Dispositive/Non-dispositive Motion Hearing | July 15, 2025 |
| Pre-Trial Conference | September 8, 2025, at 1:30 p.m., in Bakersfield Federal Courthouse |
| Trial | November 17, 2025, at 8:30 a.m., in Bakersfield Federal Courthouse |

All other provisions of the December 12, 2023, scheduling order (Doc. 42) remain in effect.

IT IS SO ORDERED.

Dated:   **August 5, 2024**                                    _____
                                                                UNITED STATES MAGISTRATE JUDGE