Michael J. Peffer, Bar No. 192265
michaelpeffer@pji.org
PACIFIC JUSTICE INSTITUTE
P.O. Box 11630
Santa Ana, California 92711
Telephone: 714.796.7150
Facsimile: 916.550-9630

Attorneys for Plaintiff
ADAM BARON

Jon Yonemitsu, Bar No. 199026
jyonemitsu@littler.com
Christine M. Fitzgerald, Bar No. 259014
cfitzgerald@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendants
GALACTIC CO., LLC; VIRGIN GALACTIC, LLC; and GALACTIC ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BARON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GALACTIC CO., LLC; and VIRGIN GALACTIC, LLC,<br><br>　　　　Defendants.<br><br>AND ALL CONSOLIDATED CASES | Case No. 1-22-CV-00957-CDB<br><br>Member Cases:<br><br>Case No. 1:23-cv-00217-CDB<br>Case No. 1:23-cv-00301-CDB<br>Case No. 1:23-cv-01067-CDB<br>Case No. 1:24-cv-00246-CDB<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT EX PARTE APPLICATION INCREASING THE PAGE LIMIT FOR BRIEFING RELATED TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 15, 2025<br>Time: 10:30 a.m.<br><br>Trial Date: November 17, 2025 |

CASE NO. 1-22-CV-00957-CDB
[~~PROPOSED~~] ORDER GRANTING JOINT EX PARTE APPLICATION INCREASING THE PAGE LIMIT FOR BRIEFING RELATED TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
619.232.0441

## [PROPOSED] ORDER

Pursuant to the Parties May 28, 2025, Joint Ex Parte Application Increasing the Page Limit for Briefing Related to Defendant's Motion for Summary Judgment [Docket No. 54] ("Application"), and good cause appearing therefore, the Court hereby orders that the Application is APPROVED as follows:

1. Defendant shall have thirty (30) pages for its initial brief in support of its motion for summary judgment;
2. Plaintiffs shall have thirty (30) pages for their opposing brief to Defendant's motion for summary judgment; and
3. Defendant shall twenty (20) pages for its reply brief in support of its motion for summary judgment.

**IT IS SO ORDERED.**

Date: _May 29, 2025_    _____
                        Honorable Christopher D. Baker

4935-1745-7479 / 110549.1009

2                    CASE NO. 1-22-CV-00957-CDB
[PROPOSED] ORDER GRANTING JOINT EX PARTE APPLICATION INCREASING THE PAGE LIMIT FOR BRIEFING RELATED TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
619.232.0441